## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  10 B 57048 |
| **5758 NORTH CALIFORNIA LLC,** | ) | Honorable Judge Pamela S. Hollis |
| | ) | Hearing Date: December 15, 2011 |
| Debtor-In-Possession. | ) | Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on December 15, 2011, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Pamela S. Hollis of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 644 at 219 South Dearborn Street, Chicago, Illinois 60604. A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

#### Affidavit of Service

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of a Final Decree Order were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on December 7, 2011.

*/s/Robert R. Benjamin*
Robert R. Benjamin

Robert R. Benjamin
Beverly A. Berneman
Golan & Christie LLP
Attorneys for Debtor
70 W. Madison St., Ste. 1500
Chicago, IL 60602
312-263-2300

1

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)

All-Types Elevators, Inc.
c/o Laurie A. Silvestri
70 W. Madison, Ste. 5050
Chicago, IL 60602

Chicago Block and Brick
c/o Colleen Loftus
Loftus & Loftus
646 Busse Highway
Park Ridge, IL 60068

P.C. Heating & Cooling, Inc.
c/o Peter Cip
1846 Sycamore
Des Plaines, IL 60018

ABO Construction, Inc.
Andrzej Benbenek
1213 S. Delphia Ave.
Park Ridge, IL 60068

MB Financial Bank, N.A.
c/o Steven Rappin, Noah Weininger
Hauselman, Rappin & Olswang, Ltd.
39 S. LaSalle St., Ste. 1105
Chicago, IL 60603

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

Axion Building Concepts LLC
Attn: Panos Margias
1016 W. Madison, Suite 5S
Chicago, IL 60607

Ferguson Enterprises, Inc.
c/o Carl E. Metz, Falk Metz LLC
20 S. Clark St., Ste. 1900
Chicago, IL 60603

4S Electrical Co., Inc.
Attn: Srdjan Cemerikic
2544 Oak Park Ave.
Berwyn, IL 60402

Andrea Granias and Van Tomaras
1016 W. Madison St., #5S
Chicago, IL 60607

Elston Materials, LLC
c/o Law Office of Patrick J. Connor
3233 N. Arlington Heights Rd., Ste. 204
Arlington Heights, IL 60004

Flooring Systems
Attn: Arnold Nutting
149 Seegers Avenue
Elk Grove Village, IL 60007

H&S Remodeling
Attn: Oscar Torres
3014 N. Davlin Ct.
Chicago, IL 60618

Lawrence and Rogene Kirkegaard
1016 W. Madison St., #5N
Chicago, IL 60607

PSK3 LLC
8074 Williams Dr.
Clarendon Hills, IL 60527

Stone City
Attn: Peter Hlepas
3053 W. Grand Ave.
Chicago, IL 60622

Winn Construction
Attn: George Winn
1834 N. Burling
Chicago, IL 60614

First American Title Insurance Co.
Attn: Heather Torres
27775 Diehl Road, Suite 200
Warrenville, IL 60555

Van Tomaras
1016 W. Madison St., #5S
Chicago, IL 60607

Exposition Flooring Design Center, Inc.
Attn: Dena Isaacson
5718 N. Broadway Street
Chicago, IL 60660

Fox Valley Fire & Safety Co.
Attn: Ken Volkening
2730 Pinnacle Drive
Elgin, IL 60124

Howard Kilberg
One North LaSalle
17th Floor
Chicago, IL 60602

Panagiotis Margias
100 W. Chestnut, Unit 702
Chicago, IL 60610

Sosta Inc.
Attn: Steve Karavolos
8074 Williams Drive
Clarendon Hills, IL 60527

Schaaf Window Co., Inc.
c/o Hoogendoorn & Talbot, Rich Boonstra
122 S. Michigan Ave., Ste. 1220
Chicago, IL 60603

Accolade Excavation, Inc.
Attn: Andrew Angyaloszy
8150 N. Central Park
Skokie, IL 60076

Andrea Granias
1016 W. Madison St., #5S
Chicago, IL 60607

Contractor's Access Equipment, Inc.
Attn: Juan Gentil
2222 S. Halsted St.
Chicago, IL 60608

3

ZM Masonry
6145 Thorndale
#2B
Chicago, IL 60646

Door Systems
Attn: Linda Markwell
751 Expressway Dr.
Itasca, IL 60143

Glassworks, Inc.
Attn: Dean Harris
1814 Pickwick Ave.
Glenview, IL 60026

Michael and Jennifer Werner
2801 W. Ardmore
Unit 2D
Chicago, IL 60659

Ryan Pikus and Lucia Scottino
2801 W. Ardmore
Unit 3D
Chicago, IL 60659

Daniel M. Muresan
2801 W. Ardmore
Unit 2C
Chicago, IL 60659

Fareeda J. Shabazz
c/o A. O. Omoniyi
Omoniyi Law Firm, P.C.
70 W. Madison St., Ste. 1400
Chicago, IL 60602

International Marble & Granite
2950 W. Grand Ave.
Chicago, IL 60622

Rong Lan
2801 W. Ardmore
Unit 3C
Chicago, IL 60659

Andrew Yonke
c/o Bruce de'Medici, John A. Benson, Jr.
Belongia, Shapiro & Franklin, LLP
20 South Clark Street, Suite 300
Chicago, IL 60603

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  10 B 57048 |
| **5758 NORTH CALIFORNIA LLC,** | ) | Honorable Judge Pamela S. Hollis |
| | ) | Hearing Date: December 15, 2011 |
| Debtor-In-Possession. | ) | Hearing Time: 10:00 a.m. |

## MOTION FOR ENTRY OF
## FINAL DECREE ORDER

Debtor, 5758 NORTH CALIFORNIA LLC, by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On December 28, 2010, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On November 22, 2011, this Court entered an order confirming Plan of Reorganization Dated March 28, 2011 as amended which provides for a distribution of 10% *pro rata* to unsecured creditors.

3. Debtor has made initial distributions under the plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administrate.

WHEREFORE, Debtor, 5758 NORTH CALIFORNIA LLC, prays as follows:

A. That this Court enter a final decree order; and

1

B.      For such other and further relief as this Court deems just and proper.

5758 NORTH CALIFORNIA LLC,

By: _____
        One of its members

/s/ *Robert R. Benjamin*
        Robert R. Benjamin
        One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

2