UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-57048 |
| | ) | |
| 5758 NORTH CALIFORNIA LLC, | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, 5758 NORTH CALIFORNIA LLC ("Reorganized Debtor") for entry of a final decree order, the Reorganized Debtor and the Court being duly advised in the premises:

THE REORGANIZED DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On December 28, 2010, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On November 22, 2011, this Court entered an order confirming Plan of Reorganization Dated March 28, 2011 as amended on November 21, 2011 which provides for a distribution of 10% pro rata to unsecured creditors.

3. Debtor has made initial distributions under the plan.

4. Debtor has filed a final report of distribution.

5. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

This estate is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 15, 2011

**Prepared by:**

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300